Albert THOMAS, Jr., Plaintiff—Appellant,

v.

Scott HALL, Officer, in his individual and official capacity as a police officer of Roanoke Rapids Police Department; Harold Phillips, Officer, in his individual and official capacity as a police officer of Roanoke Rapids Police Department; Bo Forsht, Officer, in his individual and official capacity as a police officer of Roanoke Rapids Police Department; Jamal Bryant, Officer, in his individual and official capacity as a police officer of Roanoke Rapids Police Department; David Brown, Officer, in his individual and official capacity as a police officer of Roanoke Rapids Police Department, Defendants—Appellees.

No. 04–2102.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2005.

Decided April 13, 2005.

Albert Thomas, Jr., Appellant pro se. Scott Christopher Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., New Bern, North Carolina, for Appellees.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Albert Thomas, Jr. appeals the district court's order awarding summary judgment to defendants and dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Thomas v. Hall,* No. CA–03–28–40–H (E.D.N.C. Aug. 4, 2004). We grant Thomas's motion to supplement his informal brief and deny his motion to appoint appellate counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*